UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALVIN DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-637** |
| **SHERIFF OF ORLEANS PARISH, ET AL** | **SECTION: "P" (5)** |

## ORDER

Before the Court is the partial report and recommendation[1] of the United States Magistrate Judge. *Pro se* Plaintiff Calvin Davis timely filed objections to certain conclusions and recommendations contained in the Magistrate Judge's report.[2] Having conducted a de novo review of the complaint, the record, and the applicable law as to the portions of the report Plaintiff objects to, the Court comes to the same conclusions as the Magistrate Judge. Accordingly, Plaintiff's objections are overruled, and the Court adopts the Magistrate Judge's partial report and recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's claims against defendants, Sheriff of Orleans Parish, Warden of Orleans Parish Prison, and the Orleans Parish Sheriff's Department are **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's claims against defendant, unnamed Deputy Sheriff, are **DISMISSED WITHOUT PREJUDICE** for failing to state a claim on which relief may be granted.

---

[1] R. Doc. 6.
[2] R. Doc. 7.

**IT IS FURTHER ORDERED** that Plaintiff's claims against defendants, the Medical Director for Orleans Parish Prison and Classification Officer, be allowed to proceed pending further development and remain referred to the United States Magistrate Judge.

New Orleans, Louisiana, this 26th day of June 2024.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**