UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALVIN DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-637** |
| **SHERIFF OF ORLEANS PARISH, ET AL.** | **SECTION "P" (5)** |

**ORDER**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 26), and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against the remaining Defendants Melody Alexander Therence and the unidentified Defendants are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Federal Rule of Civil Procedure 4(m).

New Orleans, Louisiana, this 4th day of September 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**